IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01430-REB-BNB

LEHMAN BROTHERS HOLDING, INC.,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss Action Without Prejudice** [#38] filed June 15, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss Action Without Prejudice** [#38] filed June 15, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for July 16, 2010, is **VACATED**;

3. That the trial to the court set to commence July 19, 2010, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 15, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge